FILED

03/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0646

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0646

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.                                 O R D E R

ZACHARY BRENNAN NEWBARY,

      Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to Zachary Newbary, to all counsel of record, and to the Honorable John W. Larson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 18 2020